**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court."
Although it is posted on the internet, this opinion is binding only on the
parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3376-16T4

MARK RILEY, Individually and
as Executor of the ESTATE OF
MARY RILEY,

    Plaintiff-Respondent,

v.

TROY HILLS CENTER, 200
REYNOLDS AVENUE OPERATIONS,
LLC,

    Defendant-Appellant,

and

VICTORIA MEWS ASSISTED LIVING,
VICTORIA MEWS ASSISTED LIVING,
LLC and MORRISTOWN MEDICAL CENTER,

    Defendants.

_____

        Argued February 6, 2018 — Decided July 10, 2018

        Before Judges Fasciale and Sumners.

        On appeal from Superior Court of New Jersey,
        Law Division, Morris County, Docket No.
        L-0499-16.

        Shane P. Simon argued the cause for appellant
        (Buchanan Ingersoll & Rooney, PC, attorneys;

David L. Gordon, Philip J. Anderson and Shane P. Simon, of counsel and on the brief).

Deborah R. Gough argued the cause for respondent (The Gough Law Firm, LLP, attorneys; Deborah R. Gough, on the brief).

PER CURIAM

The parties to the appeal have settled the issues between them. In accordance with their consent order of dismissal, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2